IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>HAKEEM NEUBY | CRIMINAL NO. 16-083 |

**ORDER**

**AND NOW,** this 24th day of November 2026, upon consideration of Hakeem Neuby's Motion for a Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 [Doc. No. 50] and Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) [Doc. No. 52], the government's responses [Doc Nos. 51, 54], all related filings, and the full record of the case, it is hereby **ORDERED** that the Motions [Doc. Nos. 50, 52] are **DENIED**.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**